1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10
11  | United States of America,          | Case No.:  3:20-cr-3347-JAH
12  |                        Plaintiff,   | **ORDER**
13  | v.                                  |
14  | Alyssa Marie Teruel,                |
15  |                        Defendant.   |
16

17        The Court orders the United States to comply with the continuing duty to disclose

18  evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S.

19  83 (1963), and its progeny.  Upon finding that the government has failed to comply with

20  this order, the Court may, as appropriate, order the production of such information, grant

21  a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.

22

23  Dated:  12/07/2020

24                                    _____

25                                    HON. RUTH BERMUDEZ MONTENEGRO

26                                    UNITED STATES MAGISTRATE JUDGE

27
28

1

«Case_No_»