RANDY S. GROSSMAN
Acting United States Attorney
PATRICK C. SWAN
Assistant United States Attorney
California Bar No. 306526
Office of the United States Attorney
880 Front St., Room 6293
San Diego, CA 92101
Telephone: (619) 546-8450
Email: Patrick.Swan@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALYSSA MARIE TERUEL,<br>  aka Alyssa Marie Teurel,<br><br>    Defendant. | Case No.: 20-CR-3347-JAH<br><br>**UNITED STATES' SENTENCING SUMMARY CHART AND MOTION FOR ACCEPTANCE OF RESPONSIBILITY UNDER USSG § 3E1.1(b)**<br><br>Date:   December 6, 2021<br>Time:   10:45 am |

The United States submits its sentencing summary chart, which is based upon the files and records of this case.

DATED: November 29, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

/s/ *Patrick C. Swan*
PATRICK C. SWAN
Assistant United States Attorney

# SENTENCING SUMMARY CHART
## [☒] AND UNITED STATES' MOTION UNDER USSG § 3E1.1(b)
### Sentencing Date: December 6, 2021

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: <u>Alyssa Marie Teruel</u>         Docket No.: <u>20-CR-3347-JAH</u>
Guideline Manual Used: <u>November 1, 2018</u>      Agree with USPO Calc.: Yes ☒  No ☐

| | |
|---|---|
| Base Offense Level(s): 207 grams of Heroin per Lab Report, USSG § 2D1.1(c)(8) | 24 |
| Specific Offense Characteristics: | |
| <u>Meeting the Criteria of Safety Valve, USSG § 2D1.1(b)(18)*</u> | 0 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense:** | 0 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 24 |
| ☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility [☒ <u>United States' Motion – USSG § 3E1.1(b)</u>] | -3 |
| Total Offense Level: | 21 |
| Criminal History Score: | 7 |
| Criminal History Category: | IV |
| ____ Career Offender     ____ Armed Career Criminal | |

Guideline Range:                                                         from <u>  57  </u> mths
(Range limited by: _____ minimum mand.   _____ statutory maximum)    to  <u>  71  </u> mths
Departures:
<u>Fast Track, USSG § 5K3.1</u>                                                        -4
Adjusted Offense Level:                                                             17
Resulting Guideline Range:                                               from <u>  37  </u> mths
                                                                         to   <u>  46  </u> mths

UNITED STATES' RECOMMENDATION: **Imprisonment for 33 months***; No Fine; $100 Special Assessment; and Three Years' Supervised Release.**

* **Safety Valve under USSG § 5C1.2:** Defendant is ineligible for safety valve under USSG § 5C1.2 because she has more than one criminal history point. The Sentencing Guidelines have not yet incorporated the First Step Act.

** **Minor Role:** The United States does not recommend minor role at this time. Defendant has not shown that she was substantially less culpable than the average participant in the criminal activity. The United States reserves the right to modify this recommendation if Defendant provides accurate and complete information about her specific role in the offense prior to the time of sentencing.

*** **Variance:** Under the plea agreement, the United States recommends a downward variance under 18 U.S.C. § 3553 that is the equivalent of two levels under the Sentencing Guidelines due to the nature of this case and the Temporary Plea Offer Program that was in effect until June 15, 2021. The United States reserves the right to recommend an additional downward variance under 18 U.S.C. § 3553 that is the equivalent of two levels under the Sentencing Guidelines if Defendant meets the "tell all" requirement for safety valve under the First Step Act prior to the time of sentencing. [Approved/BCP]